IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:   STEVEN B. SEBRING                                   Case No. 13-33260

         Debtor.                                             Chapter 7

                                                             Judge MARY ANN WHIPPLE

**TRANSMITTAL OF UNCLAIMED FUNDS**

Douglas A. Dymarkowski, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the payees to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 3005 | PNC Bank | $ 568.25 |
|  | 800 Corporate Dr., Ste. 408 |  |
|  | Ft. Lauderdale, FL  33334 |  |

2. Trustee has paid over to the court the sum of $ 55.08 via ACH transaction of estate check # 3008 as payment for these "unclaimed funds."

3. Nothing further remains to be done in this case.

Respectfully submitted,
/s/Douglas A. Dymarkowski
Douglas A. Dymarkowski, Trustee
5431 Main Street
Sylvania, Ohio 43560
(419) 882-4999