```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                       Case No. 13-33260-maw
Steven B Sebring                                             Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: mhutt              Page 1 of 1              Date Rcvd: Jun 30, 2015
                              Form ID: pdf754          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2015.
cl             +PNC Bank, National Association,   Attn: David L. Zive,   1600 Market Street, 28th Floor,
                 Philadelphia, PA 19103-7239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2015 at the address(es) listed below:
              Douglas A Dymarkowski    doug.dadlaw@bex.net,    ddymarkowski@ecf.epiqsystems.com;tony.dadlaw@bex.net
              Edward A Bailey    on behalf of Creditor    Federal National Mortgage Association
               bknotice@reimerlaw.com
              Kristen A Stanton    on behalf of Debtor Steven B Sebring kristen@kristenstantonlaw.com
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

To: PNC Bank, National Association
Attn: Larry Stockmyer
1600 Market Street, 28th Floor
Philadelphia, PA 19103

**Notice of Filing Deficiency**
**For Motions/Pleadings Submitted for Judge's Consideration**

In Re: **Sebring, Steven B.** Case No: **13-33260**

UNDER BANKRUPTCY RULE 5005, THE ORIGINAL OF THE ATTACHED DOCUMENT HAS BEEN ACCEPTED FOR FILING. HOWEVER, IT DOES NOT COMPLY WITH **LBR 3011-1** AND FURTHER ACTION IS REQUIRED:

____ Original signature of ☐attorney, ☐creditor must be supplied.

____ Certificate of service incomplete, see Item #10 in petition.

**X** **Copy of trustee's Transmittal of Unclaimed Funds depositing the funds into Treasury as unclaimed, or the receipt to the trustee and list of parties entitled to the unclaimed funds must be appended. LBR 3011-1, Item #2 in petition**

____ Please include:

    ____ Case caption
    ____ Judge

____ Other:

**THIS DOCUMENT MUST BE CORRECTED WITHIN 14 BUSINESS DAYS FROM THE DATE OF THIS NOTICE OR THE MATTER MAY BE REFERRED TO THE JUDGE FOR FURTHER CONSIDERATION.**

   ***Please return a copy of this notice with your correction for verification of compliance***

Date: June 30, 2015 /s/ Melinda Hutton
**Deputy Clerk**