**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: August 3 2015**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Judge Mary Ann Whipple |
| | ) | |
| Steven B. Sebring | ) | Case No. 13-33260 |
| | ) | |
| | ) | Chapter   7 |
| DEBTOR(S) | ) | |
| | ) | |

## ORDER DENYING PETITION FOR
## PAYMENT OF UNCLAIMED FUNDS

The Court having considered the Petition filed by **PNC Bank, National Association,** claimant herein, for an order directing payment of funds held in the registry of the Court, and it appearing that the claimant is not in compliance with LBR 3011-1, for having failed to include a copy of the Trustee's Transmittal of Unclaimed Funds depositing the funds into Treasury as unclaimed, or the receipt to the Trustee and list of parties entitled to the unclaimed funds (Item #2 of Petition).  A Notice of Filing Deficiency was issued on June 30, 2015 and to date there has been no correction or response.

**IT IS THEREFORE ORDERED** that the Petition for Release of Unclaimed Funds be and the same hereby is **DENIED**.

PNC Bank, National Association
Attn: Larry Stockmyer
1600 Market Street, 28th Floor
Philadelphia, PA 19103